# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DAWN O'MEARA,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　**Case No. 6:05-cv-1770-Orl-31KRS**

**HOMETEAM PEST DEFENSE, LLC,**

        **Defendant.**

_____

## ORDER

Upon consideration of Plaintiff's Motion to Remand (Doc. 19), and for the reasons stated at Doc. 22 in Case Number 6:05-cv-1769, it is

**ORDERED** that said Motion is DENIED, without prejudice. Defendant shall file by February 10, 2006 its memorandum supporting diversity jurisdiction and the Plaintiff may respond within 15 days thereafter.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on January 13, 2006.

                                                                                            GREGORY A. PRESNELL
                                                                                            UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party